IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT AMBROSIO MENDEZ,<br><br>*Petitioner*,<br><br>v.<br><br>WARDEN, MOSHANNON VALLEY ICE PROCESSING CENTER,<br><br>*Respondent*. | Civil Action No. 3:26-cv-1654<br><br>Hon. William S. Stickman IV |

**ORDER OF COURT**

Pending before the Court is Petitioner's *pro se* Petition for Writ of Habeas Corpus. (ECF No. 1).[1] Petitioner was taken into immigration custody on August 9, 2026, and his removal proceedings remain ongoing. The threshold issue in his petition concerns whether he is entitled to a bond hearing under 8 U.S.C. § 1226, or whether he is subject to mandatory detention under 8 U.S.C. § 1225 pursuant to the interpretation set forth in *Matter of Yajure Hurtado*, 29 I. & N. Dec. 216 (BIA 2025) or *Matter of Q. Li*, 29 I. & N. Dec. 66 (BIA 2025). Based on the United States Court of Appeals for the Third Circuit's recent decision in *Buele Morocho v. Warden Philadelphia FDC*, -- F.4th --, 2026 WL 2546223 (3d Cir. Aug. 28, 2026), the Court holds that Petitioner is entitled to relief in the form of an individualized bond hearing before an immigration judge.

[1] When Petitioner filed his petition he was detained at the Moshannon Valley Processing Center. In early September, Petitioner was transferred to a detention facility in Minnesota. (ECF No. 5-1). The Court holds that his transfer to another judicial district does not divest it of jurisdiction because he was in Western District of Pennsylvania when he filed his petition. *See Khalil v. President, United States*, 164 F.4th 259, 271 (3d Cir. 2026).

AND NOW, this 8th day of September 2026, IT IS HEREBY ORDERED that Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED IN PART and DENIED IN PART. It is GRANTED in that within thirty (30) days of this Order, Petitioner must receive an individualized bond hearing before a neutral immigration judge pursuant to 8 U.S.C. § 1226. IT IS FURTHER ORDERED that the petition is DENIED to the extent it requests any additional relief.

BY THE COURT:

*/s/William S. Stickman IV*
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE